CERTIFIED TRUE COPY

NOV. 1 8 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
CLERKS OFFICE

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV ·· : 2005

FILE
CLERK'S OFFICE

FILED

**DOCKET NO. 1704**

NOV 21 ⊃ 2:44

C 05- 2883 DISTRICT COURT

JAN 17 2006

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**IN RE M3POWER RAZOR SYSTEM MARKETING & SALES PRACTICES LITIGATION**

**(SEE ATTACHED SCHEDULE)**

05 CA I 23 15 DPW

### CONDITIONAL TRANSFER ORDER (CTO-1)

On October 27, 2005, the Panel transferred one civil action to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Douglas P. Woodlock.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Woodlock.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of October 27, 2005, ____ F.Supp.2d ____ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Douglas P. Woodlock.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

NOV 1 8 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck

Michael J. Beck
Clerk of the Panel

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS
## DOCKET NO. 1704
## IN RE M3POWER RAZOR SYSTEM MARKETING & SALES PRACTICES LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ARKANSAS EASTERN** | |
| ARE 4 05-1062 | Mark Adkison v. The Gillette Co. |
| **CALIFORNIA CENTRAL** | |
| CAC 2 05-4116 | Carlos Corrales v. The Gillette Co. |
| CAC 2 05-5022 | David Lipper v. The Gillette Co. |
| CAC 2 05-5024 | Matthew Marr v. The Gillette Co. |
| CAC 2 05-5431 | L. Dean Smith, Jr. v. The Gillette Co. |
| CAC 2 05-6212 | Kasem Adoure v. The Gillette Co. |
| **CALIFORNIA NORTHERN** | |
| CAN 3 05-2883 | Michael Pruitt v. The Gillette Co. |
| **CALIFORNIA SOUTHERN** | |
| CAS 3 05-1506 | Luis Gonzalez v. The Gillette Co. |
| **CONNECTICUT** | |
| CT 3 05-1534 | Lisa Geis v. The Gillette Co. |
| **ILLINOIS NORTHERN** | |
| ILN 1 05-4278 | Greg Besinger, et al. v. The Gillette Co. |
| **MARYLAND** | |
| MD 8 05-2204 | Evan Rosenthal v. The Gillette Co. |
| **MISSOURI EASTERN** | |
| MOE 4 05-1150 | Elvis Huskic v. The Gillette Co. |
| **NEW JERSEY** | |
| NJ 2 05-3153 | Patrick Coleman v. Gillette Co., Inc. |
| ~~NJ 2 05-3673~~ | ~~Joshua Vereb v. The Gillette Co.~~ Opposed 11/18/05 |
| ~~NJ 2 05-3706~~ | ~~David Dehr v. The Gillette Co.~~ Opposed 11/18/05 |
| **OHIO NORTHERN** | |
| OHN 1 05-1946 | Robert Falkner v. The Gillette Co. |
| **PENNSYLVANIA EASTERN** | |
| PAE 2 05-4429 | Steve McGlynn v. The Gillette Co. |
| **TENNESSEE WESTERN** | |
| TNW 1 05-1153 | Holly Moore v. The Gillette Co. |
| TNW 2 05-2425 | Tracy Gorea v. The Gillette Co. |
| **TEXAS NORTHERN** | |
| TXN 3 05-1179 | Grant W. Jackson v. The Gillette Co. |



UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 2210

**Sarah Allison Thornton**
CLERK OF COURT

November 28, 2005

Richard W. Wieking, Clerk
United States District Court
450 Golden Gate Avenue, 16th FL
San Francisco CA 94102

IN RE: MDL DOCKET No. 1704  In Re: M3 Power Razor Marketing and Sales Practices
USDC - Massachusetts Lead Case No. 1:05-cv-11177-DPW
Your Case: Civil Action No. 3:05-cv-02883-JCS
District of MA No:1:05-cv-12365-DPW

Dear Mr. Wieking :

Enclosed is a certified copy of the Order of the Judicial Panel on Multi-District Litigation, transferring the cases on the attached listing to the U.S. District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to Title 28 United States Code Section 1407. These cases have been assigned to the Honorable Douglas P. Woodlock.

In accordance with the Rules concerning Multi-District Litigation, please forward the original case file, along with a certified copy of the docket entries and a copy of the transfer order for the case now pending in your district as indicated above. Also include a copy of this letter when transmitting your records to the above address.

Your prompt attention to this matter is greatly appreciated. If you should have any questions, please do not hesitate to contact the undersigned at 617-748-9131, Michelle Rynne, Courtroom Clerk for Judge Woodlock at 617-748-9170 or Richard Nici, Docket Clerk for Judge Woodlock, at 617-748-9171.

Sincerely,

Matthew A. Paine
Deputy Clerk

Information Copy to:  Michael Beck, Clerk of the Panel
Counsel of Record
Michelle Rynne
Richard Nici